IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL STOKES                                                                                       PLAINTIFF

      v.                              Civil No. 09-2012

WILLIAM CARSON, Jailer,
Sebastian County Jail;
FRANK ATKINSON; Sheriff,
Sebastian County; and
OFFICER JOHN DEVANE,
Lt. Administrator, Sebastian
County Jail                                                                                                  DEFENDANTS

## ORDER

  As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **November 6, 2009**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

  IT IS SO ORDERED this 6th day of August 2009.

                    /s/ *J. Marschewski*
                    HON. JAMES R. MARSCHEWSKI
                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)